IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Civil Action No. 06-cv-02002-PSF-MJW

TRUSTEES OF THE OPERATING ENGINEERS' HEALTH AND WELFARE
   TRUST FUND FOR COLORADO;
TRUSTEES OF THE COLORADO OPERATING ENGINEERS' VACATION FUND;
TRUSTEES OF THE CENTRAL PENSION FUND OF THE INTERNATIONAL
   UNION OF OPERATING ENGINEERS AND PARTICIPATING EMPLOYERS; and
TRUSTEES OF THE COLORADO JOURNEYMEN AND APPRENTICE TRAINING
   FUND FOR OPERATING ENGINEERS,

   Plaintiffs,

v.

XKE CONTRACTORS OR STORAGE, INC.,
f/k/a XKE Contractors, Inc.,a Colorado corporation,

   Defendant.

---

## ORDER TO RESET RULE 16 SCHEDULING CONFERENCE
---

This matter is before the Court on Plaintiffs' Motion to Vacate November 3, 2006 Pretrial Scheduling Conference (Dkt. # 8).  The Court being fully advised in the premises, hereby ORDERS:

The November 3, 2006 Rule 16 Scheduling Conference is RESET to **Monday, November 27, 2006 at 1:30 p.m.**  The Proposed Joint Scheduling Order is due **at least five days before the Scheduling Conference**, or no later than November 22, 2006. If the joint scheduling order is not timely submitted, the conference will be vacated. There will be no exceptions to this policy.

DATED:  October 26, 2006            BY THE COURT:

                                    *s/ Phillip S. Figa*
                                    _____
                                    Phillip S. Figa
                                    United States District Judge