IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Civil Action No. 06-cv-02002-PSF-MJW

TRUSTEES OF THE OPERATING ENGINEERS' HEALTH AND WELFARE
   TRUST FUND FOR COLORADO;
TRUSTEES OF THE COLORADO OPERATING ENGINEERS' VACATION FUND;
TRUSTEES OF THE CENTRAL PENSION FUND OF THE INTERNATIONAL
   UNION OF OPERATING ENGINEERS AND PARTICIPATING EMPLOYERS; and
TRUSTEES OF THE COLORADO JOURNEYMEN AND APPRENTICE TRAINING
   FUND FOR OPERATING ENGINEERS,

   Plaintiffs,

v.

XKE CONTRACTORS OR STORAGE, INC.,
f/k/a XKE Contractors, Inc.,a Colorado corporation,

   Defendant.
_____

**ORDER**
_____

The Stipulated Motion for Dismissal With Prejudice (Dkt. # 13) is GRANTED.  It is therefore

ORDERED that this matter is DISMISSED with prejudice, subject to the limitations set forth in the Settlement Agreement.  It is

FURTHER ORDERED that all parties shall bear their own costs and attorneys' fees.

DATED November 27, 2006.

BY THE COURT:

*s/ Phillip S. Figa*

_____
Phillip S. Figa
United States District Judge